Question answered. Jurisdiction relinquished.

Justice EAKIN did not participate in the consideration or decision of this case.

Chief Justice SAYLOR, Justices BAER, DONOHUE, DOUGHERTY and WECHT join the opinion.

**Gregory ROBINSON, Appellant**

**v.**

8. As noted *supra,* the question of whether State Farm has abided by the remaining provisions of the MVFRL, and particularly Section 69.3's definition of "usual and customary charge," is not before this Court, and we offer no view as to whether State Farm has done so.

**Superintendant HUNTINGDON and Department of Corrections, Appellees.**

Supreme Court of Pennsylvania.

Feb. 16, 2016.

Gregory Robinson, Huntingdon, pro se.

Theron Richard Perez, Maria Gerarda Macus, Pennsylvania Department of Corrections, Mechanicsburg, for Superintendant Huntingdon and Department of Corrections.

### ORDER

PER CURIAM.

**AND NOW,** this 16th day of February 2016, the Order of the Commonwealth Court is **AFFIRMED.**

Justice EAKIN did not participate in the consideration or decision of this case.